**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| CHRISTOPHER P. WHITE, | ) | |
| REFFCO II, L.P., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 1:14-cv-00471-TWP-DML |
| vs. | ) | |
| | ) | |
| GEORGE  KEELY, | ) | |
| JOYCE MORRIS, | ) | |
| TRICIA  RAKE, | ) | |
| TERRY  SCOTT, | ) | |
| MICHAEL  MAURER, | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Dismissing Action and Directing Entry of Final Judgment**

**I.**

In the Entry of November 7, 2014, the Court granted the Defendants' Motion to Dismiss (Filing No. 22). Specifically, the Court dismissed the complaint without prejudice and granted the plaintiffs a period of time in which to file an amended complaint. Rather than filing an amended complaint, the Plaintiffs filed a notice of appeal on November 23, 2014. That appeal was docketed as No. 14-3663 and was dismissed for lack of jurisdiction on March 6, 2015. The parties then filed a statement setting forth their requests for the resolution of the action. These requests are that (1) the Court issue an order dismissing the complaint with prejudice, accompanied by a final judgment, and (2) the Court extend until resolution of any appeal from the entry of such final judgment the deadline for the filing of a motion for attorney's fees pursuant to Rule 11(b) of the *Federal Rules of Civil Procedure.*

The first of these requests is **granted.**

As to the second request, however, the extension of time sought—if an appeal is filed--is far beyond the "outer parameter" for filing a Rule 11 motion for sanctions. *Philos Technologies, Inc. v. Philos & D, Inc.,* 943 F. Supp. 2d 880, 886 (N.D.Ill. 2013)(citing *Matrix IV, Inc. v. Am. Nat'l. Bank & Trust Co.,* 649 F.3d 539, 553 (7th Cir. 2011)). The second request will therefore **not be granted** on the mere basis of the parties' request, but the parties are free to invest in motions practice to pinpoint the appropriate parameters for a Rule 11 motion for sanctions in this case—bearing in mind that a sanctions motion should be filed "as soon as practicable after discovery of a Rule 11 violation." *Kaplan v. Zenner,* 956 F.2d 149, 151 (7th Cir. 1992).

Consistent with the foregoing, therefore, the plaintiffs' complaint is dismissed with prejudice.

## II.

Judgment consistent with this Entry shall now issue.

IT IS SO ORDERED.

Date: 4/24/2015

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Christopher Charles Hagenow
BLACKWELL, BURKE & RAMSEY, P.C.
chagenow@bbrlawpc.com

R. Brock Jordan
RUBIN & LEVIN, PC
brock@rubin-levin.net